IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAWRENCE D. KROEGER											PLAINTIFF

V.										CIVIL ACTION NO. 3:19-CV-00050-NBB-JMV

GEICO GENERAL INSURANCE COMPANY								DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that Plaintiff's motion for partial summary judgment is **GRANTED** and that Defendant's motion for partial summary judgment is **DENIED**.

This, the 28th day of April, 2020.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE